THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER BRILL, on Behalf of EMANUEL SAVARESE, Petitioner, v COMMISSIONER OF THE NEW YORK CITY DEPARTMENT OF CORRECTION, et al., Respondents. [890 NYS2d 344]—

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Santucci, J.P., Dickerson, Eng and Chambers, JJ., concur.